UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE MARTINO COUNSELING, PLLC,

    Plaintiff,

v.

TEBRA TECHNOLOGIES, INC.,

    Defendant.

_____/

Case No. 1:24-cv-29

HON. JANE M. BECKERING

**ORDER AND NOTICE OF HEARING**

Plaintiff initiated this breach of contract action against Defendant in state court on December 8, 2023 with the filing of Verified Complaint and Request for Temporary Restraining Order (TRO) (ECF No. 1-2 at PageID.13). In its December 22, 2023 Second Motion for a TRO and preliminary injunction (ECF No. 1-2 at PageID.108), Plaintiff requested a TRO to (1) enjoin Defendant from withholding Plaintiff's "data and patient information," (2) require Defendant to preserve "any and all records of Martino Counseling," and (3) order Defendant to "immediately release information and possession of the pending billing and claims to CureMD" (*id.* at PageID.120). The state court entered the requested Temporary Restraining Order on January 2, 2024 (ECF No. 1-2 at PageID.123). On January 10, 2024, the day before a hearing on the motion was noticed in state court, Defendant removed the matter to this Court under 28 U.S.C. §§ 1441(a) and 1446 (ECF No. 1). The Temporary Restraining Order remains in full force and effect until dissolved or modified by this Court. *See* 28 U.S.C. § 1450. *See also* FED. R. CIV. P. 65(b)(2) (indicating that a TRO "expires at the time after entry—not to exceed 14 days—that the court sets,

unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension"). Accordingly:

**IT IS HEREBY ORDERED** that a Hearing shall be held on Plaintiff's Second Motion for a TRO and preliminary injunction (ECF No. 1-2 at PageID.108) on **January 16, 2024 at 1:30 p.m.** before the Honorable Jane M. Beckering, 601 Federal Building, 110 Michigan Ave., N.W., Grand Rapids, Michigan 49503. All counsel of record shall be present in person and shall be prepared to address whether the TRO is properly dissolved or whether a Preliminary Injunction should issue continuing any of the terms of the TRO for the pendency of this case.

**IT IS FURTHER ORDERED** that in the event the parties resolve the relevant issues before the Hearing, counsel shall immediately file a notice indicating that the TRO may be dissolved and/or providing a joint proposed preliminary injunction for the Court's review, if applicable.

Dated: January 11, 2024         /s/ Jane M. Beckering
                                JANE M. BECKERING
                                United States District Judge