WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOE MARTINO COUNSELING, PLLC,

        Plaintiff,                      Case No. 1:24-cv-00029

v.

TEBRA TECHNOLOGIES, INC.,
        Defendant.
                                      /

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1,     Tebra Technologies, Inc.    
                                                                                        (Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?    ☐ Yes    ☒ No

2. Does party have any parent corporations?    ☐ Yes    ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?    ☐ Yes    ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?    ☐ Yes    ☒ No
   If yes, identify entity and nature of interest:

Date: January 11, 2024                      /s/ Amy E. Murphy
                                                           (Signature)
                                             Amy E. Murphy (P82369)
                                             Miller Johnson
                                             45 Ottawa Ave. SW, Suite 1100
                                             Grand Rapids, MI 49503
                                             murphya@millerjohnson.com