UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE MARTINO COUNSELING, PLLC,

    Plaintiff,

v.

TEBRA TECHNOLOGIES, INC.,

    Defendant.
_____/

Case No. 1:24-cv-29

HON. JANE M. BECKERING

**ORDER**

Pending before the Court in this recently removed breach-of-contract action is the parties' January 12, 2024 Notice (ECF No. 7).  In the Notice, the parties indicate their agreement that the Temporary Restraining Order entered by the state court on January 2, 2024 (ECF No. 1-2 at PageID.123) is "no longer needed and should be dissolved" (ECF No. 7 at PageID.131).  The parties do not reference Plaintiff's additional request for a preliminary injunction, and the Court therefore considers Plaintiff's Second Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 1-2 at PageID.108) to be wholly resolved.  Accordingly:

    **IT IS HEREBY ORDERED** that the January 2, 2024 Temporary Restraining Order (ECF No. 1-2 at PageID.123) is DISSOLVED.

    **IT IS FURTHER ORDERED** that the Motion Hearing previously noticed for January 16, 2024 at 1:30 p.m. is CANCELLED.

Dated:  January 12, 2024

      /s/ Jane M. Beckering
      JANE M. BECKERING
      United States District Judge