IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE MARTINO COUNSELING,
PLLC, a Michigan corporation,

        Plaintiff,        Case No. 1:24-cv-00029

v.        HON. JANE M. BECKERING

TEBRA TECHNOLOGIES, INC.,

        Defendant.

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The parties to this action stipulate and agree to the following:

1. Plaintiff filed its Complaint in the Circuit Court for the County of Kent, Michigan on December 8, 2023.

2. Defendant initially had until January 10, 2024 to respond to the Complaint filed in the state court.

3. Because the parties agreed to work together first to complete the transfer of Plaintiff's data, the parties also agreed to extend Defendant's time to answer or otherwise respond to the Complaint until February 9, 2024.

4. On January 11, 2024, the Circuit Court for the County of Kent Michigan entered a Stipulated Order extending Defendant's time to answer or otherwise respond to the complaint to the requested date. (Exhibit A).

5. Defendant had already removed this case to the Western District of Michigan, however, which Defendant completed on January 10, 2024. [ECF No. 1].

6. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's answer or other responsive pleading is due to be filed on January 17, 2024.

7. The parties hereby agree and request that Defendant be granted until February 9, 2024 to answer or otherwise respond to the Complaint.

**THEREFORE**, it is hereby ordered that Defendant's deadline to answer or otherwise plead in response to Plaintiff's Complaint is extended until February 9, 2024.

**SO ORDERED**.

Dated: _____

                                                                                 Hon. Jane M. Beckering
                                                                                 United States District Court Judge

Respectfully submitted by:

| | |
|---|---|
| By: /s/ Michelle M. McLean (w/ permission)<br>Michelle M. McLean (P71393)<br>Matthew F. Burns (P75281)<br>BOLHOUSE, HOFSTEE & MCLEAN, P.C.<br>Attorneys for Plaintiff<br>3996 Chicago Dr. S.W.<br>Grandville, MI 49418<br>michellem@bolhouselaw.com<br>mattb@bolhouselaw.com<br><br>Dated: January 16, 2024 | By: /s/ Brandon S. Corcoran<br>Amy E. Murphy (P82369)<br>Brandon S. Corcoran (P85673)<br>MILLER JOHNSON<br>Attorneys for Defendant<br>45 Ottawa Ave. SW, Suite 1100<br>Grand Rapids, MI  49503<br>murphya@millerjohnson.com<br>corcoranb@millerjohnson.com<br><br>Dated: January 16, 2024 |