UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE MARTINO COUNSELING, PLLC,

    Plaintiff,

v.

TEBRA TECHNOLOGIES, INC.,

    Defendant.
_____/

Case No. 1:24-cv-29

HON. JANE M. BECKERING

**ORDER**

    This matter is before the Court on the parties' Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 13).  The Court, having reviewed the filing, will grant the extension, but places the parties on notice that additional requests to extend the deadline will not be favored given that this is the second extension (*see* ECF No. 11).  Accordingly:

    **IT IS HEREBY ORDERED** that the Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 13) is GRANTED.  Defendant's deadline to answer or otherwise plead in response to Plaintiff's Complaint is extended until February 23, 2024.

    **IT IS FURTHER ORDERED** that additional requests to extend the deadline will not be favored.

Dated: February 8, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge