**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOE MARTINO COUNSELING,
PLLC, a Michigan corporation,

              Plaintiff,            Case No. 1:24-cv-00029

v.                                        HON. JANE M. BECKERING

TEBRA TECHNOLOGIES, INC.,

              Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action is dismissed without prejudice, with each party to bear its own attorney fees and costs.

**THEREFORE**, this action is dismissed without prejudice and without costs to either party.

Dated: February 21, 2024

Stipulated to:

| | |
|---|---|
| By: /s/ Michelle M. McLean | By: /s/ Amy E. Murphy |
| Michelle M. McLean (P71393) | Amy E. Murphy (P82369) |
| Matthew F. Burns (P75281) | Brandon S. Corcoran (P85673) |
| BOLHOUSE, HOFSTEE & MCLEAN, P.C. | MILLER JOHNSON |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 3996 Chicago Dr. S.W. | 45 Ottawa Ave. SW, Suite 1100 |
| Grandville, MI 49418 | Grand Rapids, MI  49503 |
| michellem@bolhouselaw.com | murphya@millerjohnson.com |
| mattb@bolhouselaw.com | corcoranb@millerjohnson.com |
| Dated: February 21, 2024 | Dated: February 21, 2024 |

MJ_DMS 37423374v2